IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: A NOVO BROADBAND, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | Bankruptcy Case No. 02-13708 (PJW) |
| EXECUTIVE SOUNDING BOARD ) | |
| ASSOCIATES, in its Capacity as the ) | |
| Chapter 11 Liquidating Trustee of the ) | |
| Debtor, ) | Adv. Proc. No. 04-55609 (PBL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1477 (KAJ) |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE
REFERENCE OF THE ADVERSARY PROCEEDING FROM THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration of Defendant's Motion to Withdraw the Reference of the

Adversary Proceeding from the United States Bankruptcy Court for the District of

Delaware (Docket Item ["D.I."] 1; the "Motion") and the papers filed in support; and there

being no opposition to the motion,

IT IS HEREBY ORDERED that the Motion is GRANTED; and,

IT IS FURTHER ORDERED that, the reference of this Adversary Proceeding is

withdrawn from the Bankruptcy Court.

_____
UNITED STATES DISTRICT JUDGE

March 28, 2005
Wilmington, Delaware