**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

March 29, 2005

James E. Huggett, Esq.
Flaster Greenberg P.C.
913 N. Market Street - 7th Fl.
Wilmington, DE   19801

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker &
   Rhoads
300 Delaware Avenue - #750
Wilmington, DE   19801

Re:   Executive Sounding Board Associates v. Guardian Life Ins. Co.
      Civil Action No. 04-1477-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court