IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>A NOVO BROADBAND, INC.,<br><br>Debtor.<br><br>EXECUTIVE SOUNDING BOARD ASSOCIATES, IN ITS CAPACITY AS THE CHAPTER 11 LIQUIDATING TRUSTEE OF THE DEBTOR,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Chapter 11<br><br>Case No. 02-13708 (PJW)<br><br><br><br>Adv. Pro. No. 04-55609 (PBL)<br><br><br><br>Civil Action No. 04-1477 (KAJ) |

## STIPULATION OF DISMISSAL

By their undersigned counsel, the parties hereby stipulate, agree, and jointly move under Federal Rule of Civil Procedure 41 and Federal Rules of Bankruptcy Procedure 7041 that the above-captioned Action (the "Action") is dismissed with prejudice. Each party shall bear its own attorney's fees and costs associated with the Action.

DATED this 6 day of May, 2005.

| | |
|---|---|
| /s/ Jack S/<br>James E. Huggett, Esquire (#3956)<br>"J" Jackson Shrum, Esquire<br>FLASTER/GREENBERG P.C.<br>*Attorneys for Plaintiff Executive Sounding Board Associates in its capacity as the Chapter 11 Trustee of the Debtor* | Noel C. Burnham [DE Bar No. 3483]<br>Steven Maniloff, Esquire<br>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP<br>*Attorney for Defendant The Guardian Life Insurance Company of America* |

DE: 1377.1