IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| A NOVO BROADBAND, INC., ) | Case No. 02-13708 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| EXECUTIVE SOUNDING BOARD ) | |
| ASSOCIATES, IN ITS CAPACITY AS ) | |
| THE CHAPTER 11 LIQUIDATING ) | |
| TRUSTEE OF THE DEBTOR, ) | Adv. Pro. No. 04-55609 (PBL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-1477 (KAJ) |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on May 6, 2005, I served a copy of the *Stipulation of Dismissal* on the parties listed on the attached service list, in the manner there indicated.

/s/ *James E. Huggett*
James E. Huggett, Esquire  (I.D. No. 3956)

DE: 714358.1

<u>Via First Class Mail</u>

Steven Maniloff, Esq.
Montgomery McCracken, Walker & Rhoads, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002

DE: 1377.1